

# NUMBER 13-22-00260-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MICHAEL PUSLEY,                                                                    Appellant,

v.

SAMANTHA LUARCA,                                                                    Appellee.

**On appeal from the 94th District Court
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Tijerina**

Michael Pusley attempts to appeal the trial court's ruling on August 23, 2020.[1] We

dismiss. *See* TEX. R. APP. P. 43.2.

---

[1] This case was severed from appellate cause number 13-20-00400-CV.

On August 20, 2020, the trial court orally granted Samantha Luarca's plea to the jurisdiction and motion to dismiss. Pusley was not a party to that judgment. The trial court signed the judgment on August 23, 2020, dismissing all claims against Luarca.

Castle River Architectural Control Committee and Pusley filed a motion for reconsideration and clarification requesting that the trial court modify its judgment to reflect that Pusley was now a party to the suit. The trial court denied the motion on September 22, 2020. Pusley was not a party to that judgment. This appeal followed.

Only a party may file a notice of appeal. *See* TEX. R. APP. P. 25.1; *In re Lumbermens Mut. Cas. Co.*, 184 S.W.3d 718, 723 (Tex. 2006) (providing that only parties of record may appeal a trial court's judgment). Pusley was not a party to the trial court's judgment. Therefore, this appeal is dismissed for failure to comply with Texas Rules of Appellate Procedure 25.1.[2] Accordingly, we dismiss the appeal without addressing the merits.

JAIME TIJERINA
Justice

Delivered and filed on the
16th day of June, 2022.

---

[2] To the extent that Pusley attempts to appeal the trial court's September 22, 2020 judgment, we dismiss that attempted appeal because Pusley is not a party.

2